UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBER TECHNOLOGIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WINGATE, RUSSOTTI, SHAPIRO, MOSES & HALPERIN, LLP, JAY WECHSLER, BANILOV & ASSOCIATES, P.C., NICK BANILOV, THE LAW OFFICE OF DOMINICK W. LAVELLE d/b/a LAVELLE LAW FIRM, EMILY K. LAVELLE, MICHAEL GERLING, GERLING INSTITUTE, LEONID REYFMAN, AND PAIN PHYSICIANS NY PLLC,<br><br>　　　　　Defendants. | Case No. 25-cv-00522-OEM-VMS |

**JOINT STIPULATION EXTENDING PLAINTIFF'S
TIME TO FILE AMENDED COMPLAINT**

**WHEREAS**, Uber Technologies, Inc. ("Uber") filed its Complaint in this matter on January 30, 2025 (ECF No. 1);

**WHEREAS,** Defendants Wingate, Russotti, Shapiro, Moses & Halperin, LLP, Jay Wechsler, Banilov & Associates, P.C., Nick Banilov, The Law Office of Dominick W. Lavelle d/b/a Lavelle Law Firm, Emily K. Lavelle, Michael Gerling, Gerling Institute, Leonid Reyfman, and Pain Physicians NY PLLC (together, "Defendants") served motions to dismiss on June 23, 2025 (*see* ECF Nos. 63, 64, 65 and 66);

**WHEREAS,** Federal Rule of Civil Procedure 15(a)(1)(B) permits Uber to amend its Complaint within 21 days of service of Defendants' motions to dismiss under Rule 12(b); and

**WHEREAS,** Defendants have each consented in writing to extend Uber's deadline to amend its Complaint from July 14, 2025 to July 23, 2025;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties that Uber may file an Amended Complaint on or before July 23, 2025.

Dated: July 11, 2025

**Perkins Coie LLP**

By: _/s/ David W. T. Daniels_
David W. T. Daniels
Michael R. Huston (admitted *pro hac vice*)
700 Thirteenth Street NW
Washington, DC 20005-3960
Tel: 202.654.6200
ddaniels@perkinscoie.com
mhuston@perkinscoie.com

David Massey
Jacob J. Taber
William P. Wilder
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Tel: 212.262.6900
dmassey@perkinscoie.com
jtaber@perkinscoie.com
wwilder@perkinscoie.com

*Attorneys for Plaintiff Uber Technologies, Inc.*

**Kobre & Kim LLP**

By: _/s/ Jonathan D. Cogan_
Jonathan D. Cogan
Rachel K. Warren
Michael J. Cinnamon
800 Third Avenue
New York, NY 10022
Telephone: +1 (212) 488 1200
jonathan.cogan@kobrekim.com
rachel.warren@kobrekim.com
michael.cinnamon@kobrekim.com

Sydney S. Johnson (*pro hac vice*)
1919 M Street, NW Suite 410
Washington, D.C. 20036
Telephone: +1 (202) 664-1900
sydney.johnson@kobrekim.com

*Attorneys for Defendants Wingate, Russotti, Shapiro, Moses & Halperin LLP and Jay Wechsler*

| | |
|---|---|
| **MoloLamken LLP** | **Pierce & Kwok LLP** |
| By: _/s/ Jennifer M. Schubert_<br>Justin V. Shur<br>Kenneth E. Notter III (*pro hac vice*)<br>Zakary Kadish (*pro hac vice*)<br>600 New Hampshire Avenue, N.W.<br>Washington, D.C.  20037<br>Tel: 202.556.2000<br>jshur@mololamken.com<br>knotter@mololamken.com<br>zkadish@mololamken.com<br><br>Jennifer M. Schubert<br>Eric Rolston<br>430 Park Avenue<br>New York, NY  10022<br>Tel: 212.607.5957<br>jschubert@mololamken.com<br>erolston@mololamken.com<br><br>*Attorneys for Defendants The Law Office of Dominick Lavelle d/b/a Lavelle Law Firm, Emily K. Lavelle, Banilov & Associates, P.C., and Nick Banilov* | By: _/s/ Aaron H. Pierce_<br>Aaron H. Pierce<br>299 Broadway, Suite #1405<br>New York, NY 10007<br>Tel: 347.678.7262<br>aaron.pierce@piercekwok.com<br><br>*Attorneys for Defendants Michael Gerling and Gerling Institute* |

**Schwartz, Conroy & Hack, PC**

By: _/s/ Matthew J. Conroy_
Matthew J. Conroy
Robert E.B. Hewitt, III
Sarah McMahon
666 Old Country Road
Suite 900
Garden City, NY 11530
Tel: 516.745.1122
mjc@schlawpc.com
reh@schlawpc.com
sam@schlawpc.com

*Attorneys for Defendants Leonid Reyfman and Pain Physicians NY PLLC*