

Jennifer Schubert
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 917.594.8755
F: 212.607.5957
jschubert@mololamken.com
www.mololamken.com

September 15, 2025

Hon. Orelia E. Merchant
United States District Court
225 Cadman Plaza East
Brooklyn, New York  11201

**BY ECF**

      Re:    *Uber Technologies, Inc. v. Wingate, Russotti, Shapiro, Moses & Halperin, LLP, et al.*, No. 1:25-cv-00522-OEM-VMS

Dear Judge Merchant:

We represent Defendants The Law Office of Dominick W. Lavelle d/b/a Lavelle Law Firm, Emily K. Lavelle, Banilov & Associates, P.C., Nick Banilov, and Igor Tarasov, and under Part G(1) of the Court's Individual Practices & Rules, we write to notify the Court we have served the following papers pursuant to this Court's scheduling order dated August 1, 2025:

- Notice of Lavelle, Banilov, and Tarasov Motion to Dismiss Uber's Amended Complaint; and
- Memorandum of Law in Support of Lavelle, Banilov, and Tarasov Motion to Dismiss.

                                      Respectfully submitted,

                                      /s/ Jennifer M. Schubert
                                      Jennifer M. Schubert

CC:  Counsel for all parties