**Perkins Coie**

Perkins Coie LLP
2525 East Camelback Road
Suite 500
Phoenix, AZ 85016

T. +1.602.351.8000
F. +1.602.648.7000
perkinscoie.com

January 5, 2026

Michael R. Huston
MHuston@perkinscoie.com
D.  +1.202.434.1630
F.  +1.602.648.7000

Hon. Orelia E. Merchant
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Uber Technologies, Inc. v. Wingate, Russotti, Shapiro, Moses &
Halperin, LLP, et al.*, Case No. 1:25-cv-00522-OEM-VMS
Oral Argument Adjournment Request**

Your Honor:

I am counsel for Plaintiff Uber Technologies, Inc. ("Uber"). I am writing pursuant to
Rule II.G of Your Honor's Individual Practices and Rules to request an adjournment
of the oral argument presently calendared for January 15, 2026 at 11:30 AM. (Dec.
29, 2025 Scheduling Order.) We have an immovable conflict on January 15 that would
prevent us from appearing for argument on that day. This is Uber's first request for
an adjournment.

We have conferred with counsel for Defendants, all of whom consent (or do not object)
to the requested adjournment. Given the number of parties in this case, we have
worked together to identify possible argument dates on which all counsel are avail-
able. At present, the following dates would work for Uber's and Defendants' counsel if
the Court is available: February 24, 25, 26, or 27.

Respectfully submitted,

*Michael R. Huston*

Michael R. Huston