

Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
perkinscoie.com

February 24, 2026

David W. T. Daniels
DDaniels@perkinscoie.com
D. +1.202.654.6364
F. +1.202.624.9549

Hon. Orelia E. Merchant
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Uber Technologies, Inc. v. Wingate, Russotti, Shapiro, Moses & Halperin, LLP, et al.*, Case No. 1:25-cv-00522-OEM-VMS**

Dear Judge Merchant:

Uber Technologies, Inc. ("Uber") respectfully requests that the Court make available to the parties a conference call telephone number for the oral argument calendared for Thursday, February 26, 2026, at 3 pm in the above-referenced matter. Uber makes this request so that parties who are unable to be physically present in the courtroom may listen to (but not otherwise participate in) Thursday's argument.

Respectfully submitted,

*/s/ David W. T. Daniels*
David W. T. Daniels