# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

February 25, 2026

**VIA ECF**

The Honorable Orelia E. Merchant, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Uber Technologies, Inc. v. Wingate, Russotti, Shapiro, Moses & Halperin, LLP et al, Case No. 1:25-cv-00522-OEM-VMS*

Dear Judge Merchant:

  Counsel for Defendants Wingate, Russotti, Shapiro, Moses & Halperin, LLP and Jay Wechsler, at Kobre & Kim LLP, including attorneys Jonathan Cogan and Rachel Warren, and non-attorney analyst, Joseph Gertzman, respectfully request that the Court authorize them to bring the following personal electronic and/or general-purpose computing devices (collectively, the "Devices") into the Courthouse for use during the oral argument calendared for Thursday, February 26, 2026, at 3:00pm ET in the above-captioned matter. For each item, counsel sets forth the specific need.

  List of Requested Devices:

- Two (2) laptops – one for taking notes and reference, and one to display PowerPoint slides, which counsel may use as a visual aid during the argument.

- Three (3) cell phones – for standard communication, including with Defendants as needed, scheduling, and general firm business.

  To accommodate any concerns, counsel has submitted a proposed order listing all devices so that the Court may simply strike through any items it elects not to authorize.

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Respectfully submitted,

*/s/ Jonathan D. Cogan*
Jonathan D. Cogan