UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
UBER TECHNOLOGIES, INC.,

Plaintiff,

v.

WINGATE, RUSSOTTI, SHAPIRO, MOSES and HALPERIN, LLP, et al.,

Defendants.
--------------------------------------------------------------X

JUDGMENT

25-CV-0522 (OEM) (VMS)

A Memorandum and Order of the Honorable Orelia E. Merchant, United States District Judge, having been filed on August 14, 2026, granting Defendants' motions to dismiss the Amended Complaint; and dismissing this action; it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants.

Dated: Brooklyn, New York
August 17, 2026

Brenna B. Mahoney
Clerk of Court

By: *__/s/Jalitza Poveda__*
Deputy Clerk