UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBER TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WINGATE, RUSSOTTI, SHAPIRO, MOSES & HALPERIN, LLP, JAY WECHSLER, BANILOV & ASSOCIATES, P.C., NICK BANILOV, IGOR TARASOV, THE LAW OFFICE OF DOMINICK W. LAVELLE d/b/a LAVELLE LAW FIRM, EMILY K. LAVELLE, MICHAEL GERLING, GERLING INSTITUTE, LEONID REYFMAN, AND PAIN PHYSICIANS NY PLLC,<br><br>Defendants. | Case No. 25-cv-00522-OEM-VMS<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Plaintiff Uber Technologies, Inc. ("Uber") hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in the above-captioned action on August 17, 2026 (ECF No. 119) as well as from the Memorandum and Order dated August 14, 2026 (ECF No. 118) granting the motions to dismiss (ECF Nos. 88, 90, 93, 94) of Defendants Wingate, Russotti, Shapiro, Moses & Halperin, LLP, Jay Wechsler, Banilov & Associates, P.C., Nick Banilov, Igor Tarasov, the Law Office of Dominick W. Lavelle d/b/a the Lavelle Law Firm, Emily K. Lavelle, Michael Gerling, Gerling Institute, Leonid Reyfman, and Pain Physicians NY PLLC.

Dated: New York, New York.
September 11, 2026

Respectfully submitted,

ASHURST PERKINS COIE US LLP

By: */s/ David W. T. Daniels*

David W. T. Daniels
Michael R. Huston
700 Thirteenth Street NW
Washington, DC 20005-3960
Tel: +1.202.654.6200
Fax: +1.202.654.6211
david.daniels@ashurstperkins.com
michael.huston@ashurstperkins.com

David Massey
Jacob J. Taber
William P. Wilder
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Tel: +1.212.262.6900
Fax: +1.212.977.1649
david.massey@ashurstperkins.com
jacob.taber@ashurstperkins.com
will.wilder@ashurstperkins.com